IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-MC-3759-WKW |
| ) | [WO] |
| YMCA RETIREMENT FUND, ) | |
| NEW YORK, NY, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| GARY C. LOVELADY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Writ of Garnishment (Doc. # 2) and Defendant's Answer thereto (Doc. # 4), it is ORDERED that, on or before **December 20, 2016**, the Government shall file an appropriate motion for entry of a final disposition order pursuant to 28 U.S.C. § 3205(c)(7).

DONE this 13th day of December, 2016.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE