IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YMCA RETIREMENT FUND, ) <br> NEW YORK, NY, ) <br> ) <br> Garnishee, ) <br> ) <br> GARY C. LOVELADY, ) <br> ) <br> Defendant. ) | CASE NO. 2:16-MC-3759-WKW <br> [WO] |

## **ORDER**

Upon consideration of the United States's Motion for Entry of Final Disposition (Doc. # 7), it is ORDERED that the motion is GRANTED. Accordingly, it is ORDERED as follows:

(1) The Garnishee shall withhold from Defendant Gary C. Lovelady's monthly retirement payments the amount of $80.94;

(2) The Garnishee shall promptly forward the identified nonexempt funds to the Clerk of the Court, One Church Street Suite B-110, Montgomery, AL 36104; and

(3)     The Clerk of Court is DIRECTED to apply these funds to the restitution balance owed by Defendant.

DONE this 19th day of December, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE
